UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-232(DSD/JSM)

R.J. Zayed, in His Capacity
As Court-Appointed Receiver
For The Oxford Global Partners,
LLC, Universal Brokerage FX,
and Other Receiver Entities,

      Plaintiff,

v.                          **ORDER**

Associated Bank, N.A.,

      Defendant.

This matter is before the court upon the request by the Receiver[1] to file a motion to reconsider the court's September 30, 2013, order dismissing the complaint. Specifically, the Receiver requests that the court amend its order to reflect a dismissal without prejudice.

Motions to reconsider require the express permission of the court and will be granted only upon a showing of "compelling circumstances." D. Minn. LR 7.1(j). A motion to reconsider should not be employed to relitigate old issues but rather to "afford an opportunity for relief in extraordinary circumstances." Dale & Selby Superette & Deli v. U.S. Dep't of Agric., 838 F. Supp. 1346,

---

[1] On December 11, 2009, Chief Judge Michael J. Davis appointed R.J. Zayed as the Receiver for the Receivership Entities. On April 4, 2013, Zayed recused himself from this matter. ECF No. 34, at 1. Chief Judge Davis authorized Tara Norgard, Brian Hayes and Russell Rigby "to act on behalf of the Receiver and in his capacity as the Receiver, with all powers appertaining thereto." Id. at 3. The court refers to these individuals collectively as the Receiver.

1348 (D. Minn. 1993).  The court has reviewed the request and the September 30, 2013, order of the court and finds that no such compelling circumstances are present. As a result, reconsideration is not warranted.  Accordingly, **IT IS HEREBY ORDERED** that the request for permission to file a motion to reconsider [ECF No. 52] is denied.

Dated:  October 21, 2013

                                                <u>s/David S. Doty</u>
                                                David S. Doty, Judge
                                                United States District Court